# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DARRELL K. WILLIAMS, ADC #092508**                                    **PLAINTIFF**

**v.**                    **Case No. 5:19-cv-00257-KGB**

**WENDY KELLEY, Director, ADC,** *et al.*                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Darrell K. Williams' complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

                                                                Kristine G. Baker
                                                                United States District Judge